29 A.3d 1157

COMMONWEALTH of Pennsylvania, Respondent

v.

Kareem MOREFIELD, Petitioner.

No. 32 EM 2011.

Supreme Court of Pennsylvania.

Oct. 4, 2011.

## ORDER

AND NOW, this 4th day of October, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

29 A.3d 1157

COMMONWEALTH of Pennsylvania, Respondent

v.

Kevin CANNADY, Petitioner.

No. 45 EM 2011.

Supreme Court of Pennsylvania.

Oct. 4, 2011.

## ORDER

AND NOW, this 4th day of October, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**